IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-41 |
| | ) | |
| OSCAR RODRIGUEZ | ) | |

<u>O R D E R</u>

AND NOW, to wit, this 30th day of May, 2006, the within motion is granted, and it is hereby ORDERED that the superseding indictment filed at Criminal No. 00-41 against defendant OSCAR RODRIGUEZ is hereby dismissed.

*[signature]*
United States District Judge

cc: Troy Rivetti, AUSA